THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY L. MORIARTY, Appellant

Present—Dillon, P. J., Callahan, Green, Balio and Schnepp, JJ.

WILSON, KLAES, BRUCKER & WORDEN, P. C., Appellant, v FARASH CONSTRUCTION CORPORATION, Respondent. (Action No. 1.) WILSON, KLAES, BRUCKER & WORDEN, P. C., Appellant, v FARASH CORPORATION et al., Respondents. (Action No. 2.)—

Present—Doerr, J. P., Denman, Boomer, Pine and Lawton, JJ.